AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| JUAN CARLOS GIL, individual, and ACCESS 4 ALL, INC., a Florida not-for-profit Corporation<br><br>*Plaintiff(s)*<br>v.<br>MIAMI-DADE COUNTY DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:26-cv-21183-RS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MIAMI-DADE COUNTY DEPARTMENT
OF TRANSPORTATION AND PUBLIC WORKS
c/o County Attorney's Office
111 NW 1st Street, Suite 2810
Miami, Florida 33128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John A. Salcedo, Esq.
Mineo Salcedo Law Firm PA
5600 Davie Road
Davie, Florida 33314
Tel: 954-463-8100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Feb 24, 2026

s/ Clifford Charles
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court